**Opinion issued September 24, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00634-CV

————————————

## IN RE IWORKS PERSONNEL, INC., LUIS TREVINO, AND HAYDEE GUTIERREZ, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

In this original proceeding, relators iWorks Personnel, Inc., Luis Trevino, and Haydee Gutierrez, seek mandamus relief compelling the trial court to vacate its July 17, 2015 Order Denying iWork Personnel, Inc.'s Motion to Abate. The petition for writ of mandamus is **DENIED**. All pending motions are **DENIED AS MOOT**.

### PER CURIAM

Panel consists of Justices Jennings, Higley, and Brown.